## PRACHI NARAYAN *v.* LALIT NARAYAN

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 206 (AC 30700), is granted, limited to the following issue:

"Whether the Appellate Court properly applied Practice Book § 25A-2 (f) retroactively without considering whether 'considerations of good sense and justice' bar retroactive application?"

The Supreme Court docket number is SC 18673.

*Samuel V. Schoonmaker IV*, in support of the petition.

*J. Colin Heffernan*, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* TYEHIMBA A. ADEYEMI

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 1 (AC 30739), is denied.

*Heather M. Wood*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided September 15, 2010